# Court of Appeals
# of the State of Georgia

ATLANTA,    August 24, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0340. FRANKLIN AAA HOLDINGS, LLC v. LINDA L. SINCLAIR, et al.**

Franklin AAA Holdings, LLC brought a quiet title action against Linda L. Sinclair.  The trial court issued a final order and decree in Franklin AAA Holdings' favor.  Sinclair moved to set aside the final order, and the trial court granted Sinclair's motion.  Franklin AAA Holdings filed an application for interlocutory appeal in this Court.

The Georgia Constitution grants the Supreme Court general appellate jurisdiction over "all equity cases." See Ga. Const. of 1983, Art. IV, Sec. VI, Par. III (2).  "'Equity cases' are those in which a substantive issue on appeal involves the legality or propriety of equitable relief sought in the superior court – whether that relief was granted or denied." *Beauchamp v. Knight*, 261 Ga. 608, 609 (2) (409 SE2d 208) (1991).   In particular, equity cases involving title to land are not within this Court's appellate jurisdiction.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (1) and (2); *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004). Because this application involves title to land, jurisdiction over it appears to lie in the Supreme Court. See id.  Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, 08/24/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , Clerk.